IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OMAR ASHAKA | * | |
| | * | |
| v. | * | Civil No. – JFM-16-1133 |
| | * | |
| OCWEN LOAN SERVICING, LLC | * | |

## MEMORANDUM

Plaintiff has filed this *pro se* action against defendant. Defendant filed a motion to dismiss. In his opposition plaintiff stated allegations that were not contained in the complaint. Accordingly, plaintiff will be given 15 days to file an amended complaint pursuant to Fed. R. Civ. P. 15. Defendant may then file such response as it deems appropriate.

Date: July 28, 2016

_____
J. Frederick Motz
United States District Judge

1